Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888

In re:
RICARDO RODELA                                    Case No. 06-03721
DEBORAH M RODELA                                  Account No.  7379


LASALLE BANK                          RICARDO RODELA
% KAMM SHAPIRO & BLUMENTHAL           DEBORAH M RODELA
17 N STATE #990                       226 PARKVIEW DR
CHICAGO, IL  60602                    ADDISON, IL  60101

                                      ALAN H SLODKI
                                      8818 KILDARE
                                      SKOKIE, IL  60076

                                      KATHLEEN VAUGHT
                                      600 W ROOSEVELT RD #B1
                                      WHEATON, IL  60187


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on January 17, 2014.


/S/  Ryan Faye
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on January 27, 2014.


/S/  Ryan Faye
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888