Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
RICARDO RODELA
DEBORAH M RODELA

Case No. 06-03721
Account No. 9267

LNV CORPORATION
% MGC MORTGAGE INC
1 CORPORATE CENTER DR #360
LAKE ZURICH, IL 60047

RICARDO RODELA
DEBORAH M RODELA
226 PARKVIEW DR
ADDISON, IL 60101

ALAN H SLODKI
8818 KILDARE
SKOKIE, IL 60076

KATHLEEN VAUGHT
600 W ROOSEVELT RD #B1
WHEATON, IL 60187

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)**

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on January 17, 2014.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on January 27, 2014.

/S/ Ryan Faye
For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888